UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| FELIPE GONZALEZ, on his own behalf, and on behalf of all similarly situated persons,<br>　　　　　　　　Plaintiffs,<br><br>-against-<br><br>EXITO JC INC., aka EXITO FRESH MARKET, JOHN DOE CORPORATIONS 1 THROUGH 10, AND OTHER JOHN DOE ENTITIES 1 THROUGH 10, and all other affiliated entities and/or joint employers, all whose true names are unknown, TANUJA PATEL, individually, BINDITA PATEL, individually, JAYESH PATEL, individually, PIYUSH PATEL, individually, and JOHN and JANE DOES 1 THROUGH 10, individually, all of whose true names are unknown,<br>　　　　　　　　Defendants. | Civil Action No. 21-cv-2834-CC-ESK |

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

**WHEREAS,** Plaintiff filed a Complaint which asserts claims pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* and the New Jersey Wage and Hour Law; and

**WHEREAS,** there is a bona fide dispute with respect to whether Plaintiff is owed wages by Defendants, and, if so, in what amount;

**WHEREAS,** the parties reached a settlement of this action and Plaintiff's claims through arms' length negotiations; and

**WHEREAS,** this Court shall retain jurisdiction to enforce the terms of the parties' settlement.

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel for the parties, and ordered by this Court, that this action be hereby dismissed and

VP/#56778388.3

discontinued in its entirety, with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. A copy of the signatures on this Stipulation serve the same purposes as an original signature.

Dated: June 30, 2022

Andrew Glenn, Esq.
Jaffe Glenn Law Group, P.A.
300 Carnegie Center, Suite 150
Princeton, New Jersey 08540
Telephone: (201) 687-9977
Email: aglenn@jaffeglenn.com
*Attorneys for Plaintiff*

Jonathan A. Wexler, Esq.
Vedder Price P.C.
1633 Broadway – 31st Floor
New York, New York 10019
Telephone: (212) 407-7732
Email: jwexler@vedderprice.com
*Attorneys for Defendants*

/s/ Fleming L. Ware
Fleming L. Ware
Vedder Price P.C.
1633 Broadway, 31st Floor
New York, New York 10019
T: +1 212 407 7700
F: +1 212 407 7799
Email: fware@vedderprice.com
*Attorneys for Defendants*

SO ORDERED

   s/Claire C. Cecchi
Claire C. Cecchi, U.S.D.J.

Date:   7/18/2022

VP/#56778388.3